# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:19-MJ-0028-DMC |
| Plaintiff, | |
| v. | ORDER |
| JOSE M.V. CRUZ, | |
| Defendant. | |

This action proceeds against defendant based on a criminal complaint filed on September 10, 2019, charging defendant with various violations of Title 36 of the Code of Federal Regulations. See ECF No. 1. Matthew Izzi, Esq., was appointed to represent defendant. See ECF No. 2 (minutes of initial appearance). The matter was set for arraignment before the undersigned on October 8, 2019, at 11:00 a.m., in Redding, California. See id. The matter was called on October 8, 2019, at 11:00 a.m., with defendant present in court and Jennifer Yaeger-Fish appearing for the government. Defendant's appointed counsel Mr. Izzi, however, failed to appear.

/ / /

/ / /

/ / /

/ / /

1

Mr. Izzi is hereby ordered to appear before the undersigned on October 30, 2019, at 10:00 a.m., to show cause why appropriate sanctions should not be imposed for his failure to appear with his client on October 8, 2019. See E. Dist. Cal. Local Rule 110.

IT IS SO ORDERED.

Dated: October 16, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE